IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANDREW DEFOREST, | § | |
| *Plaintiff,* | § § § | 5:23-CV-01272-RBF |
| vs. | § § | |
| TEXAS STAR PLUMBING, INC., TRAVIS MAYORGA, | § § § | |
| *Defendants.* | § § § § | |

### ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT

Before the Court is the parties' Joint Motion to Dismiss with Prejudice, filed on June 27, 2024. Dkt. No. 21. By way of their agreed motion, the parties—Plaintiff Andrew Deforest and Defendants Texas Star Plumbing, Inc. and Travis Mayorga—stipulate that they have reached a settlement resolving the entirety of this case and that Plaintiff no longer desires to pursue this action. The Court therefore finds that the motion should be granted, and this case should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that the Joint Motion to Dismiss with Prejudice, Dkt. No. 21, is **GRANTED** in its entirety such that, pursuant to the stipulation signed by the parties and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and requests for relief asserted by Plaintiff in this case are **DISMISSED WITH PREJUDICE** to refiling the same and that all court costs incurred in connection with this case be taxed against the party incurring such costs.

**IT IS FINALLY ORDERED, ADJUDGED and DECREED** that this case is **DISMISSED WITH PREJUDICE.** Remaining motions pending with the Court, if any, are Dismissed as Moot and this case is **CLOSED.**

**IT IS SO ORDERED.**

**SIGNED this 6th day of August, 2024.**

_____
**RICHARD B. FARRER**
**UNITED STATES MAGISTRATE JUDGE**